## 35916. FIRESTONE TIRE & RUBBER COMPANY v. HALL et al.

PER CURIAM.
After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.
*Dismissed. All the Justices concur, except Bowles and Marshall, JJ., who dissent.*

ARGUED MARCH 11, 1980 — DECIDED APRIL 23, 1980 — REHEARING DENIED MAY 20, 1980.

*Greene, Buckley, DeRieux & Jones, Harold S. White, Jr., Gregory J. Digel, Burt DeRieux,* for appellant.
*George T. Brown, Jr.,* for appellees.